```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, ANTHONY ASHER, TRUSTEE,<br><br>        Plaintiffs,<br><br>vs.<br><br>WESTERN PLUMBING & HEATING CO., etc.,<br><br>        Defendant. | NO.  C 04 4999 MJJ<br><br>STIPULATION FOR JUDGMENT<br><br>Granted |

      IT IS HEREBY STIPULATED and agreed by and between plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, through their attorneys, and defendant, WESTERN PLUMBING & HEATING CO., a California corporation, that Plaintiffs have and recover judgment from Defendant in the amount of $53,797.44, which amount is composed of the following:

      1.  Liquidated damages due and unpaid to the Plaintiff Trust

STIPULATION FOR JUDGMENT                                1

1  Funds for the months of September through December 2004 and February
2  2005 on Employer Numbers 388827/104 and 388825/666 in the total amount
3  of $50,241.05;
4      2.  Interest due pursuant to contract in the amount of
5  $3,356.39; and
6      3.  Costs of suit incurred in this action in the amount of
7  $200.00.
8      IT IS FURTHER STIPULATED and agreed that no action shall be
9  taken to enforce this judgment prior to September 10, 2006 because the
10 plaintiff trustees have agreed to defer a decision on a waiver of
11 liquidated damages for a period of 12 months.  At the end of that
12 period the Trustees will, in their sole discretion, consider a waiver
13 of some or all of the liquidated damages in this judgment.
14      Defendant, WESTERN PLUMBING & HEATING CO., a California
15 corporation, is not represented by counsel and has been advised to
16 seek the advice of counsel before signing this stipulation for
17 judgment.
18      IN WITNESS WHEREOF, plaintiffs' attorney and defendant have
19 executed this Stipulation for Judgment this 7TH day of September,
20 2005.

21                          WESTERN PLUMBING & HEATING CO., a
                            California corporation
22
23                          By: /s/Mark L. Mlurry
24                          Print Name: Mark L. Mlurry
25                          Corporate Title: Vice President
26                          ERSKINE & TULLEY
27 9/15/2005
                            By:/s/Michael J. Carroll
28                              Michael J. Carroll
                                Attorneys for Plaintiffs



STIPULATION FOR JUDGMENT                                2